IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JEANNATAE HATTEN,  )<br>  )<br>        Defendant.  ) | Case No. 8:10CR21<br><br>ORDER |

This case is before the court on the Defendant's Motion to Continue Change of Plea Hearing (#18) and Waiver of Speedy Trial (#19).  Defendants makes this motion based on pending United States Senate legislation which could affect sentences imposed in crack cocaine cases.   Having considered the motion,

**IT IS ORDERED:**

1.  The Defendant's Motion to Continue Change of Plea Hearing (#18) is denied.

2.  The change of plea remains scheduled for **Wednesday, March 24, 2010 at 2:00 P.M.**

3.  A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" **by 4:00 P.M., on March 22, 2010**.  The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 19th day of March 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge